UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Brefo,

                              Plaintiff(s),

                                                                    **O R D E R**

            -against –

                                                                    7:19-CV-01338 (CS)

JPMorgan Chase Bank, N.A.,,

                              Defendant(s).
------------------------------------------------------------X
<u>Seibel, J.</u>

       It having been reported to this Court that the claims in this case have been settled, IT IS
HEREBY ORDERED that this action is discontinued with prejudice but without costs; provided,
however, that if settlement is not consummated within thirty days of the date of this order,
Plaintiff may apply by letter within the thirty-day period for restoration of the action to the
Calendar of the undersigned, in which event the action will be restored.

SO ORDERED.

Dated:  March 13, 2020

      White Plains, New York

                                    _____

                                   CATHY SEIBEL, U.S.D.J.